■ ANDREA S. ROTH, an Infant, by Her Guardian ad Litem, J. HAROLD ROTH, et al., Appellants, v. JOHN X. McCONKEY et al., Defendants, and CHARLES HRISCKO et al., Respondents.— Judgment and order unanimously affirmed, without costs of this appeal to any party. (Appeal by plaintiffs from judgment and order of Wayne Trial Term dismissing the complaint as to defendants Hulbert Co. and Hriscko at the close of plaintiffs' case. The order granted motion by defendants for a nonsuit.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

■ ANDREA S. ROTH, an Infant, by Her Guardian ad Litem, J. HAROLD ROTH, et al., Respondents, v. JOHN X. McCONKEY et al., Appellants, et al., Defendants.— Judgment unanimously reversed on the facts and a new trial granted, unless the infant plaintiff shall, within 10 days, stipulate to reduce the verdict to the sum of $6,000, as of the date of the rendition thereof, in which event the judgment is modified accordingly and, as so modified affirmed, without costs of this appeal to any party. Memorandum: In our opinion, the verdict in favor of the infant plaintiff in the sum of $8,500 was excessive. (Appeal from amended judgment of Wayne Trial Term in favor of plaintiffs Roth against defendants McConkey and Rogalski, in an automobile negligence action.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

■ JOHN X. McCONKEY, Appellant, v. HULBERT FORWARDING CO., INC., et al., Respondents, et al., Defendants.— Judgment unanimously affirmed, without costs of this appeal to any party. (Appeal from judgment of Wayne Trial Term, dismissing the complaint as to defendants Hulbert Co. and Hriscko at the close of plaintiff's case.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

■ JOHN X. McCONKEY, Appellant, v. HULBERT FORWARDING CO. et al., Defendants, and ALEXANDER F. ROGALSKI et al., Respondents.— Judgment unanimously affirmed, without costs of this appeal to any party. (Appeal from judgment of Wayne Trial Term for defendants for no cause of action in an automobile negligence action.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

■ CHARLES HRISCKO, Respondent, v. WILMA J. ROGALSKI et al., Appellants.— Judgment unanimously affirmed, with costs. (Appeal from judgment of Wayne Trial Term for plaintiff in an automobile negligence action.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

■ HULBERT FORWARDING CO., INC., Respondent, v. JOHN X. McCONKEY et al., Appellants.— Judgment unanimously affirmed, with costs. (Appeal from judgment of Wayne Trial Term for plaintiff in an automobile negligence action.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

■ JOHN MOLINARI, Appellant, v. GARDEN PARTY HOUSE, INC., Respondent.— Judgment and order unanimously affirmed, without costs of this appeal to either party. (Appeal by plaintiff from judgment and order of Monroe Trial Term dismissing the complaint on a verdict of no cause of action. The order denied plaintiff's motion to set aside the verdict and for a new trial.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

■ DOMENICK PETTINELLA et al., Respondents, v. CHEMICAL INSECTICIDE CORPORATION, Appellant.— Order unanimously affirmed, with $25 costs and disbursements. (Appeal from order of Monroe Special Term confirming report of Referee and denying defendant's motion to vacate service of summons and complaint.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.